**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Suekethia Davis and Lindsey Phillips, Defendants,

Of whom Suekethia Davis is the Appellant.

In the interest of minor children under the age of 18.

Appellate Case No. 2023-001864

———————————

Appeal From York County
Thomas Henry White, IV, Family Court Judge

———————————

Unpublished Opinion No. 2024-UP-174
Submitted May 8, 2024 – Filed May 13, 2024

———————————

**AFFIRMED**

———————————

Harry A. Hancock, of Columbia, for Appellant.

Andrew Troy Potter, of Anderson, for Respondent.

Mitzi Campbell Williams, of Lexington, for the Guardian ad Litem.

PER CURIAM: Suekethia Davis appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Davis's counsel.

**AFFIRMED.**[1]

**GEATHERS, HEWITT, and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.